USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
KATIE SCHATZ, :
:
                              Plaintiff, :    1:24-cv-9135-GHW
:
        -against-                            :         ORDER
:
IAN SCHRAGER, *et al.*, :
:
                            Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated December 2, 2024, Dkt. No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 24, 2025. The Court has received a letter and proposed case management plan reflecting Plaintiff's, but not Defendants', positions on the matters described in the Court's December 2, 2024 order. Defendants are directed to comply with the Court's December 2, 2024 order forthwith and in any event no later than January 29, 2025.

    SO ORDERED.

Dated: January 27, 2025                           _____
New York, New York                         GREGORY H. WOODS
                                            United States District Judge