USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
KATIE SCHATZ,                                          :
:
                           Plaintiff,   :   1:24-cv-9135-GHW
:
       -against-              :   ORDER
:
IAN SCHRAGER, *et al.*,                                :
:
                        Defendants.  :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on February 25, 2025, Defendants' motion to dismiss the operative complaint is due by March 14, 2025; Plaintiff's opposition is due three weeks after the date of service of Defendants' motion; and Defendants' reply, if any, is due one week after the date of service of Plaintiff's opposition. Discovery is stayed in this matter pending resolution of Defendants' anticipated motion.

      SO ORDERED.

Dated: February 26, 2025  
New York, New York

                                                 GREGORY H. WOODS  
                                             United States District Judge