USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                        :

KATIE SCHATZ,                                       :

                                    Plaintiff,   :            1:24-cv-9135-GHW

                          -against-           :            <u>ORDER</u>

IAN SCHRAGER, *et al.*,                :

                                 Defendants.  :

-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Defendants Ian Schrager and IS Development LLC ("Defendants") filed a motion to dismiss Plaintiff's original complaint on March 14, 2025. Dkt. No. 24. Plaintiff filed her first amended complaint on April 4, 2025, within twenty-one days of Defendants' motion to dismiss. Dkt. No. 26. In doing so, Plaintiff amended her complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). Defendants' motion to dismiss is therefore denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendant to answer or otherwise respond to the amended complaint is April 25, 2025.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

       SO ORDERED.

Dated: April 5, 2025

                                                         GREGORY H. WOODS
                                                      United States District Judge